UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

JORGE LUIS ZAVALA JUAREZ,

    Plaintiffs,

v.

DONALD NEUFELD, et al.,

    Defendants.

3:18-cv-00241-AC

ORDER OF DISMISSAL

ACOSTA, Magistrate Judge:

GRANTING the parties' Stipulation and Motion for Dismissal[10]. Accordingly, IT IS HEREBY ORDERED, that: (1) This matter is DISMISSED without PREJUDICE; (2) Each party will bear its own attorney's fees and costs associated with this matter, including, but not limited to any costs or fees available under the Equal Access to Justice Act or any other provision of law; (3) Any other motions, if any, are DENIED as moot; and (4) All scheduling dates in this matter are vacated and stricken from the calendar.

DATED this ____ day of March, 2018.

JOHN V. ACOSTA
United States Magistrate Judge

1- ORDER OF DISMISSAL